## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | * | Case No.   09-11833 (KG) |
| **R.H. DONNELLEY CORPORATION,**<br>**et al.,** | * | (Chapter 11)<br>(Jointly Administered) |
| | * | |
| **Debtors.** | | Related D.I. No. *266* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER TO SHORTEN TIME FOR
### MOTION FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion to Shorten Time (the "Motion to Shorten") for the Motion for

Order Granting Relief From the Automatic Stay (the "Lift Stay Motion") filed by Betty

Blackford, Valerie Calhoun, Richard Mitchell and Vern Veggeberg (the "Litigants"); and

it appearing that the Notice of the Motion to Shorten was good and sufficient under the

circumstances and that no further notice need be given; and good and sufficient cause

appearing therefore; it is hereby

ORDERED that Motion to Shorten as Exhibit A is GRANTED; and it is further

ORDERED that a hearing on the Lift Stay Motion will be held on August 21,

2009 at 11:00 a.m. at the United States Bankruptcy Court for the District of Delaware at

824 North Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801; and it is further

ORDERED that any party wishing to object to the Lift Stay Motion shall file and

serve such objection by no later than 4:00 p.m. on August 17, 2009 and in accordance

with this Order.

Dated: AUG 10, 2009

The Honorable  Kevin Gross
United States Bankruptcy Judge