**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R.H. DONNELLEY CORPORATION, *et al.*, | ) | Case No. 09-11833 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION
[DOCKET NO. 174]**

I, Mark E. Felger, hereby certify that, as of the date hereof, I have received no answer, objection or other responsive pleading to the *Application for Entry of an Order Authorizing the Official Committee of Unsecured Creditors of R.H. Donnelley Corporation, et al. to Employ and Retain J.H. Cohn LLP as Financial Advisors and Forensic Accountants Nunc Pro Tunc to June 16, 2009* (the "Application") filed with the Court on July 14, 2009.

Pursuant to the Application, objections were to be filed and served no later than August 3, 2009 at 4:00 p.m. I further certify that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

Since no objections have been filed, the Committee respectfully request that the Court enter the Order, a copy of which is attached as Exhibit "A".

Dated: August 14, 2009

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2087
Facsimile: (302) 295-2013

*Proposed Counsel to the Official Committee of
Unsecured Creditors*