**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **R.H. Donnelley Corporation et al.** | ) | Case No. 09-11833 (Jointly Administered) |
| **Business.com, Inc.** | ) | Case No. 09-11851 |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: n/a**
**Date Claim Filed: n/a**
**Claim Amount: $1,035.00**
**Schedule: F**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(1)**

**TO:   TRANSFEROR:   NACM**
P.O. BOX 167688
IRVING, TX 75016-7688

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above claim against R.H. Donnelley Corporation and its affiliates (specifically Business.com, Inc.) in the above amount as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** **PIONEER FUNDING GROUP, LLC**
(where notices and        Ansonia Station
payments to transferee   P.O. Box 230411
should be sent)              New York, NY 10023
                                    Attn: Adam Stein-Sapir
                                    Ph: 917-856-6606
                                    Email: adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

– FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
– SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
– IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
– IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Nacm, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto PIONEER FUNDING GROUP, LLC, a Delaware limited liability corporation, having an address at Ansonia Station, P.O. Box 230411, New York, New York 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $1,035.00 against Business.Com, Inc. (the "Debtor", and along with R.H. Donnelley Corporation, the "Debtors") in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-11833.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has signed below as of the 25 day of August, 2009.

ASSIGNOR:

__Abby Odneal__
(Signature)

__Abby Odneal__
(Print Name)

__NACM Southwest__
(Company Name)

__Vice President__
(Title)

ASSIGNEE:

_____
(Signature)

__ADAM STEIN-SAPIR__
(Print Name)

__PIONEER FUNDING GROUP, LLC__
(Company Name)

__PRESIDENT__
(Title)