# United States Bankruptcy Court
For the District Of Delaware

In re R.H. Donnelly Corporation et al., Case No. 09-11833 (KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Claims Recovery Group LLC | ENR SERVICES, INC. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 20 |
| | Amount of Claim: Schedules: $1,150.00 |
| Claims Recovery Group LLC | Proof of Claim: $1,150 |
| 92 Union Avenue | Date Claim Filed: 6/26/09 |
| Cresskill, NJ 07626 Phone: | |
| | |
| Phone: (201) 266-6988 | |
| Last Four Digits of Acct#:_____ | |
| | Phone: 203-849-7216 |
| Name and Address where Transferee payments should be sent (if different from above); | Last Four Digits of Acct#:_____ |
| SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Allison R. Axenrod_____ Date: _Friday, September 25, 2009_
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (10/06)**

# United States Bankruptcy Court
For the District Of Delaware

In re R.H. Donnelly Corporation et al., Case No. 09-11833 (KG)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _20_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 25, 2009.

| Claims Recovery Group LLC | ENR SERVICES, INC. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| 92 Union Avenue, Cresskill, NJ 07626 | 20 GLOVER AVENUE , NORWALK, CT 06850 |
| Address of Alleged Transferor: | Address of Transferee: |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.
Date:_____ _____

**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
FOR THE District of Delaware

_____
                                          )
In re                                     )    Chapter 11
                                          )
R.H. Donnelly Corporation et al.          )    Case. No. 09-11833 (KG)
                                          )
                    Debtors.              )    Jointly Administered
                                          )
_____

## TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the general unsecured claim(s) of ENR SERVICES, INC. ("Transferor") against one or more of the debtors in the above-captioned case (the "Debtors") in the aggregate amount of $1,150.00, as listed in Schedule F of the Debtors' schedules of liabilities (the "Schedules") and all unsecured claims of Transferor associated with such claim (hereinafter, the "Claim") have been transferred, sold and assigned (absolutely and not for security purposes), to Claims Recovery Group LLC ("CRG" or "Transferee").  The signature of the Transferor on this document is evidence of the transfer of the Claim and all rights associated with the Claim.  Transferor hereby waives its right to receive notice pursuant to Bankruptcy Rule 3001.

I, the undersigned Transferor of the above described Claim, hereby assign and transfer my Claim and all rights there under to CRG upon the terms set forth in the offer letter received.  I represent and warrant that the aggregate amount of the Claim is not less than $1,150.00 and has not been previously objected to, sold, or satisfied.  Other than as stated above, CRG assumes all risks associated with the Debtors' ultimate payment, if any, with respect to the Claim.  I hereby agree to deliver to CRG any correspondence or payment that I receive after the date hereof regarding the Claim and any supporting materials (if required by CRG) documenting the Claim.  CRG is authorized by Transferor to recover all sums of money payable in respect of the Claim and to take all actions necessary to enforce the Claim. The Clerk of the Court is authorized to change the name and address of the holder of the Claim from that of Transferor to that of CRG.

TRANSFEROR:

Print Name: __Jennifer Tayntor_____  Title: _____Controller_____

Signature: __/s/ Jennifer Tayntor_____  Date: _____9/24/09_____

Telephone: __203-849-7216_____  E-Mail: _____jtayntor@enr-corp.com_____

TRANSFEREE:
Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Signature:  _/s/ Robert Axenrod_____
            Robert Axenrod