# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF AMENDMENT TO THE STATEMENT OF FINANCIAL AFFAIRS AND THE SCHEDULES OF ASSETS AND LIABILITIES OF R.H. DONNELLEY CORPORATION

PLEASE TAKE NOTICE that on August 11, 2009, R.H. Donnelley Corporation (the "Debtor") filed its Statement of Financial Affairs (the "SOFA") and its Schedules of Assets and Liabilities (the "Schedules").[2]

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files the amendment to Question 2 to the Debtor's SOFA, attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files the amendment to Exhibit B-16 to Schedule B of the Debtor's Schedules, attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files the amendment to Schedule F of the Debtor's Schedules, attached hereto as Exhibit C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), The DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East, LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West, LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All amendments attached hereto are subject to the Global Notes filed with the SOFA and Schedules.

PLEASE TAKE FURTHER NOTICE that the Debtor reserves the right to dispute, or to assert offsets or defenses against, any filed claim as to nature, amount, liability, classification, or otherwise. Nothing contained in this Notice shall preclude the Debtor from objecting to any claim, whether scheduled or filed, on any and all grounds.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 29, 2009 | SIDLEY AUSTIN LLP<br>James F. Conlan<br>Jeffrey C. Steen<br>Paul S. Caruso<br>Bojan Guzina<br>Brian J. Lohan<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br><br>-and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Donald J. Bowman, Jr.<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Edmon L. Morton (No. 3856)<br>Donald J. Bowman, Jr. (No. 4383)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br><br>Counsel to the Debtors and Debtors-in-Possession |