**EXHIBIT B**

In Re: R.H. DONNELLEY CORPORATION    Case No. 09-11833

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT B-16
## ACCOUNTS RECEIVABLE

| TYPE OF RECEIVABLE | DESCRIPTION OF RECEIVABLE | NET BOOK VALUE |
|---|---|---:|
| INTERCOMPANY ACCOUNTS RECEIVABLE | R.H. DONNELLEY INC. | $ 29,088,162.00 |
| INTERCOMPANY ACCOUNTS RECEIVABLE | DEX MEDIA, INC. | $ 19,603,661.00 |
| INTERCOMPANY ACCOUNTS RECEIVABLE | BUSINESS.COM, INC. | $ 16,861,582.00 |
| INTERCOMPANY ACCOUNTS RECEIVABLE | DEX MEDIA WEST, INC. | $ 14,658,285.00 |
| INTERCOMPANY ACCOUNTS RECEIVABLE | DEX MEDIA EAST, INC. | $ 11,570,290.00 |
| INTERCOMPANY INTEREST RECEIVABLE | DEX MEDIA, INC. | $ 43,166,666.70 |
| INTERCOMPANY INTEREST RECEIVABLE | BUSINESS.COM, INC. | $ 30,819.45 |
| | TOTAL: | $ 134,979,466.15 |

In Re: R.H. DONNELLEY CORPORATION                                  Case No. 09-11833

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior Vice President, General Counsel and Corporate Secretary of R.H. DONNELLEY CORPORATION, named as Debtor in this case, declare under penalty that I have read the foregoing Amendment(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 9/25/09

R.H. DONNELLEY CORPORATION

By: _____
Mark W. Hianik
Senior Vice President, General Counsel and Corporate Secretary