# EXHIBIT C

In Re: R.H. DONNELLEY CORPORATION  Case No. 09-11833

# SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the Debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule F in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if Debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION OF MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | DISPUTED | UNLIQUIDATED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct No.<br>0001175509-0000408403<br>DEX MEDIA SERVICE LLC<br>1001 WINSTEAD DRIVE<br>CARY, NC 27513<br>USA | | | INTERCOMPANY PAYABLE | | | | $ 2,866,842.00 |
| | | | | | | TOTAL: | $ 2,866,842.00 |

In Re: R.H. DONNELLEY CORPORATION　　　　　　　　　　　　　　Case No. 09-11833

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior Vice President, General Counsel and　　　Corporate Secretary of R.H. DONNELLEY CORPORATION, named as Debtor in this case, declare under penalty that I have read the foregoing Amendment(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 9/25/09　　　　　　　R.H. DONNELLEY CORPORATION

　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　Mark W. Hianik
　　　　　　　　　　　　　　Senior Vice President, General Counsel and　　　Corporate
　　　　　　　　　　　　　　Secretary