UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF PROPOSED REVISIONS TO JOINT PLAN OF REORGANIZATION FOR R.H. DONNELLEY CORPORATION AND ITS SUBSIDIARIES**

PLEASE TAKE NOTICE that on October 21, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries* (the "Plan").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 1 is a blackline that compares the Plan against the *Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries* filed on October 19, 2009 [Docket No. 604].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

Dated: Wilmington, Delaware
      October 21, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Jeffrey E. Bjork
Paul S. Caruso
Bojan Guzina
Brian J. Lohan
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Edmon L. Morton (No. 3856)
Donald J. Bowman, Jr. (No. 4383)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND
DEBTORS-IN-POSSESSION