# **<u>EXHIBIT E</u>**

**PROJECTED FINANCIAL INFORMATION**

The Debtors believe that the Plan meets the feasibility requirement set forth in Section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan.  In connection with the development of the Plan and for the purposes of determining whether the Plan satisfies this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.  Management developed a business plan and prepared financial projections for the calendar years 2009 through 2014 (the "Projection Period").

**THE PROJECTIONS ARE SUBJECT TO FURTHER REVIEW AND ANALYSIS BY THE DEBTORS, AND THE DEBTORS RESERVE THE RIGHT TO SUPPLEMENT, AMEND, UPDATE AND/OR OTHERWISE MODIFY SUCH PROJECTIONS PRIOR TO THE HEARING ON THE DISCLOSURE STATEMENT AND UP TO AND THROUGH THE PLAN SUPPLEMENT FILING DATE.**

The Debtors prepared the Projections based upon, among other things, the anticipated future financial condition and results of operations of the Debtors and the Reorganized Debtors.  The Debtors do not, as a matter of course, publish their business plans or strategies, projections or anticipated financial position. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to Holders of Claims or Interests or other parties in interest after the Confirmation Date, or to include such information in documents required to be filed with the Securities and Exchange Commission or otherwise make such information public, even in the event that any or all of the underlying assumptions are shown to be in error.

In connection with the planning and development of the Plan, the Projections were prepared by the Debtors to present the anticipated impact of the Plan. The Projections assume that the Plan will be implemented in accordance with its stated terms. The Projections are based on forecasts of key economic variables and may be significantly impacted by, among other factors, changes in the competitive environment, regulatory changes and/or a variety of other factors, including those factors listed in the Plan and the Disclosure Statement.  Accordingly, the estimates and assumptions underlying the Projections are inherently uncertain and are subject to significant business, economic and competitive uncertainties. Therefore, such Projections, estimates and assumptions are not necessarily indicative of current values or future performance, which may be significantly less or more favorable than set forth herein. The Projections included herein were prepared by Debtors' management prior to the Petition Date and were included in the Form 8-K that the Debtors filed with the Securities and Exchange Commission on May 29, 2009.  Debtors' management is unaware of any circumstances as of the date of this Disclosure Statement that would require the re-forecasting of the Projections due to a material change in the Debtors' prospects.

The Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below.

THE DEBTORS' MANAGEMENT PREPARED THE PROJECTIONS WITH THE ASSISTANCE OF THEIR PROFESSIONALS. THE DEBTORS' MANAGEMENT DID NOT PREPARE SUCH PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION. THE DEBTORS' PROFESSIONALS HAVE NEITHER EXAMINED NOR COMPILED THE PROJECTIONS THAT ACCOMPANY THE DISCLOSURE STATEMENT AND, ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE PROJECTIONS, AND DISCLAIM ANY ASSOCIATION WITH THE PROJECTIONS. EXCEPT FOR PURPOSES OF THE DISCLOSURE STATEMENT, THE DEBTORS DO NOT PUBLISH PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

MOREOVER, THE PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS, INCLUDING THE IMPLEMENTATION OF THE PLAN, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES, MAINTAINING GOOD EMPLOYEE RELATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES, NATURAL DISASTERS AND UNUSUAL WEATHER CONDITIONS, ACTS OF TERRORISM OR WAR, INDUSTRY-SPECIFIC RISK FACTORS (AS DETAILED IN ARTICLE X OF THE DISCLOSURE STATEMENT ENTITLED "RISK FACTORS"), AND OTHER MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS AND INTERESTS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET, AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE REORGANIZED DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY

OF THE PROJECTIONS OR TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS.  SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT.  MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE DEBTORS PREPARED THESE PROJECTIONS MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER.  EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR DISCLOSURE STATEMENT, THE DEBTORS AND REORGANIZED DEBTORS, AS APPLICABLE, DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS.  THEREFORE, THE PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.  IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.

The Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth in the Disclosure Statement and the Plan in their entirety, and the historical consolidated financial statements (including the notes and schedules thereto) and other financial information set forth in RHDC's Annual Report on Form 10-K for the fiscal year ended December 31, 2008, RHDC's Quarterly Report on Form 10-Q for the second quarter ending June 30, 2009, and other RHDC reports to the Securities and Exchange Commission filed prior to the Bankruptcy Court's approval of the Disclosure Statement.  These filings are available by visiting the Securities and Exchange Commission's website at http://www.sec.gov or the Debtors' website at http://www.rhd.com.

# Consolidated Financial Forecast

($ in millions)

## Consolidated Financial Forecast: 2007A – 2013E

|  | 2007A [1] | 2008A | 2009E | 2010E | 2011E | 2012E | 2013E | '08 - '13 CAGR |
|---|---|---|---|---|---|---|---|---|
| **Ad Sales** | $2,743 | $2,518 | $2,027 | $1,724 | $1,724 | $1,794 | $1,847 | (6.0%) |
| *% Growth (2)* | 0.4% | (8.2%) | (20.4%) | (12.0%) | (0.0%) | 4.0% | 3.0% | |
| **Net Revenues** | $2,716 | $2,617 | $2,201 | $1,816 | $1,728 | $1,775 | $1,835 | (6.9%) |
| *% Growth* | -- | (3.7%) | (15.9%) | (17.5%) | (4.8%) | 2.7% | 3.4% | |
| **Gross Profit** | $2,252 | $2,163 | $1,787 | $1,381 | $1,284 | $1,300 | $1,332 | (9.2%) |
| *% Margin* | 82.9% | 82.7% | 81.2% | 76.1% | 74.3% | 73.2% | 72.6% | |
| **Total Expenses** | $811 | $785 | $745 | $621 | $582 | $569 | $571 | (6.2%) |
| *% of Net Revenues* | 29.8% | 30.0% | 33.9% | 34.2% | 33.7% | 32.1% | 31.1% | |
| **EBITDA** | $1,441 | $1,377 | $1,042 | $761 | $701 | $730 | $761 | (11.2%) |
| *% Margin* | 53.1% | 52.6% | 47.3% | 41.9% | 40.6% | 41.2% | 41.5% | |
| *% Growth* | -- | (4.4%) | (24.4%) | (27.0%) | (7.8%) | 4.2% | 4.2% | |
| **Unlevered Free Cash Flow (3)** | $1,402 | $1,216 | $915 | $642 | $629 | $651 | $690 | (10.7%) |
| *% Growth* | -- | (13.3%) | (24.7%) | (29.9%) | (2.0%) | 3.6% | 6.0% | |

**EBITDA and EBITDA margin contraction through 2011 reflects forecasts for lower revenue as well as increased investment in interactive platforms and purchased traffic. Revenue growth, optimization of gross profit per lead delivered and improved operating efficiency drive the EBITDA recovery.**

Note: Financials exclude all non-recurring charges (e.g., severance, restructuring expenses, advisor fees).
1) Pro forma for the acquisition of Business.com as if it had occurred prior to 1/1/07.
2) Includes certain adjustments for 2008A, 2009E and 2010E.
3) Assumes the Company pays de minimis taxes due to significant tax attributes.



# Projected Entity Revenue & EBITDA

($ in millions)

### Projected Entity Revenue & EBITDA: 2007A – 2013E

| | 2007A [1] | 2008A | 2009E | 2010E | 2011E | 2012E | 2013E | '08 - '13 CAGR |
|---|---|---|---|---|---|---|---|---|
| **Net Revenue by Legal Entity** | | | | | | | | |
| Dex Media East | $684 | $664 | $568 | $456 | $430 | $440 | $453 | (7.4%) |
| % Growth | -- | (3.0%) | (14.5%) | (19.6%) | (5.7%) | 2.3% | 2.9% | |
| Dex Media West | 948 | 913 | 758 | 601 | 567 | 581 | 598 | (8.1%) |
| % Growth | -- | (3.7%) | (17.0%) | (20.6%) | (5.6%) | 2.4% | 3.0% | |
| DMI | $1,632 | $1,577 | $1,325 | $1,057 | $997 | $1,021 | $1,051 | (7.8%) |
| % Growth | -- | (3.4%) | (15.9%) | (20.2%) | (5.7%) | 2.4% | 2.9% | |
| RHD Inc. | 1,023 | 967 | 816 | 679 | 645 | 661 | 683 | (6.7%) |
| % Growth | -- | (5.5%) | (15.6%) | (16.8%) | (4.9%) | 2.4% | 3.3% | |
| Business.com | 61 | 73 | 60 | 80 | 86 | 94 | 102 | 6.8% |
| % Growth | -- | 19.8% | (18.6%) | 34.0% | 8.0% | 8.5% | 8.5% | |
| **RHD Consolidated** | **$2,716** | **$2,617** | **$2,201** | **$1,816** | **$1,728** | **$1,775** | **$1,835** | **(6.9%)** |
| % Growth | -- | (3.7%) | (15.9%) | (17.5%) | (4.8%) | 2.7% | 3.4% | |
| **EBITDA** | | | | | | | | |
| Dex Media East | $380 | $374 | $307 | $210 | $190 | $198 | $204 | (11.4%) |
| % Margin | 55.6% | 56.3% | 54.1% | 46.1% | 44.1% | 45.0% | 45.2% | |
| Dex Media West | 569 | 527 | 394 | 279 | 252 | 262 | 272 | (12.4%) |
| % Margin | 60.0% | 57.8% | 52.1% | 46.5% | 44.4% | 45.1% | 45.4% | |
| DMI | $949 | $901 | $701 | $490 | $441 | $460 | $476 | (12.0%) |
| % Margin | 58.2% | 57.2% | 52.9% | 46.3% | 44.3% | 45.1% | 45.3% | |
| RHD Inc. | 514 | 495 | 384 | 279 | 257 | 266 | 276 | (11.0%) |
| % Margin | 50.2% | 51.2% | 47.1% | 41.2% | 39.8% | 40.2% | 40.4% | |
| Business.com | (4) | (3) | (7) | 7 | 17 | 19 | 24 | NM |
| % Margin | (6.2%) | (4.7%) | (11.0%) | 9.0% | 19.9% | 20.7% | 23.3% | |
| RHD Corp. - Stand Alone | (18) | (15) | (37) | (16) | (14) | (14) | (15) | (1.0%) |
| **RHD Consolidated** | **$1,441** | **$1,377** | **$1,042** | **$761** | **$701** | **$730** | **$761** | **(11.2%)** |
| % Margin | 53.1% | 52.6% | 47.3% | 41.9% | 40.6% | 41.2% | 41.5% | |

**Economic recovery and investment in growth initiatives expected to drive revenue growth by end of forecast period**

Note: Financials exclude all non-recurring charges (e.g., severance, restructuring expenses, advisor fees).
1) Pro forma for the acquisition of Business.com as if it had occurred on 1/1/07.



# Consolidated Unlevered FCF Forecast

($ in millions)

### Unlevered Free Cash Flow Forecast: 2007A – 2013E

|  | 2007A [1] | 2008A | 2009E | 2010E | 2011E | 2012E | 2013E | '08 - '13 CAGR |
|---|---|---|---|---|---|---|---|---|
| **EBITDA** | $1,441 | $1,377 | $1,042 | $761 | $701 | $730 | $761 | (11.2%) |
| CapEx | (77) | (71) | (33) | (63) | (52) | (52) | (53) | (5.8%) |
| *% of Net Revenue* | 2.9% | 2.7% | 1.5% | 3.5% | 3.0% | 2.9% | 2.9% | |
| Cash Taxes | (2) | (4) | (7) | (2) | (2) | (2) | (2) | (15.0%) |
| Change in Working Capital | (1) | (22) | (23) | (32) | (6) | (13) | (4) | (27.6%) |
| Changes in LT Assets & Liabilities | 41 | (65) | (64) | (23) | (13) | (12) | (12) | (28.5%) |
| **Unlevered Free Cash Flow** | $1,402 | $1,216 | $915 | $642 | $629 | $651 | $690 | (10.7%) |
| *% Growth* | | (13.3%) | (24.7%) | (29.9%) | (2.0%) | 3.6% | 6.0% | |

**RHD expects to generate substantial unlevered free cash flow in future years, although at levels significantly lower than 2008 due to EBITDA declines through 2011**

Note: Financials exclude all non-recurring charges (e.g., severance, restructuring expenses, advisor fees).
1) Pro forma for the acquisition of Business.com as if it had occurred on 1/1/07.
2) Cash tax payments exclude the impact of restructuring and Section 382 of the Internal Revenue Code.



# Entity Level Unlevered FCF Forecast

($ in millions)

## Unlevered Free Cash Flow Forecast: 2007A – 2013E

| Entity Level Unlevered Free Cash Flow | 2007A [1] | 2008A | 2009E | 2010E | 2011E | 2012E | 2013E | '08 - '13 CAGR |
|---|---|---|---|---|---|---|---|---|
| Dex Media East | $301 | $326 | $260 | $186 | $173 | $179 | $188 | (10.4%) |
| % Growth | -- | 8.1% | (20.1%) | (28.6%) | (7.0%) | 3.8% | 5.1% | |
| Dex Media West | 631 | 485 | 366 | 245 | 231 | 236 | 249 | (12.5%) |
| % Growth | -- | (23.1%) | (24.5%) | (33.2%) | (5.7%) | 2.4% | 5.4% | |
| DMI - Stand Alone | (27) | 30 | (2) | (2) | (0) | 0 | 1 | NM |
| % Growth | -- | NM | NM | NM | NM | NM | NM | |
| DMI | $906 | $841 | $624 | $429 | $403 | $416 | $438 | (12.2%) |
| % Growth | -- | (7.2%) | (25.7%) | (31.4%) | (5.9%) | 3.2% | 5.3% | |
| RHD Inc. | 513 | 492 | 349 | 233 | 231 | 238 | 251 | (12.6%) |
| % Growth | -- | (4.0%) | (29.2%) | (33.3%) | (0.7%) | 2.8% | 5.5% | |
| Business.com | (4) | 6 | (18) | 2 | 13 | 17 | 21 | NM |
| % Growth | -- | NM | NM | NM | 571.8% | 26.2% | 24.3% | |
| RHD Corp.- Stand Alone | (13) | (123) | (40) | (22) | (19) | (19) | (20) | (30.8%) |
| % Growth | -- | NM | NM | NM | NM | NM | NM | |
| **RHD Consolidated** | **$1,402** | **$1,216** | **$915** | **$642** | **$629** | **$651** | **$690** | **(10.7%)** |
| *% Growth* | *--* | *(13.3%)* | *(24.7%)* | *(29.9%)* | *(2.0%)* | *3.6%* | *6.0%* | |

Note: Financials exclude all non-recurring charges (e.g., severance, restructuring expenses, advisor fees).
1) Pro forma for the acquisition of Business.com as if it had occurred on 1/1/07.



# Risks And Opportunities

| Risks | Opportunities |
|---|---|
| • **Ad Sales / Revenue**: <br>– Slow economic recovery may cause ad sales and revenue to be lower than forecast <br>– Growth initiatives may have less impact than forecasted <br><br>• **Claims and Adjustments**: Forecasted to decline to slightly below historical levels <br><br>• **Bad Debt:** Forecasts for business bankruptcies suggest bad debt could exceed projected levels <br><br>• **Print Cost of Sales - Print and Paper:** Assumed reduction in commodity prices may not occur <br><br>• **Digital Cost of Sales - IYP Operations and IT:** Forecasted headcount may not support digital growth projections <br><br>• **SG&A:** Aggressive headcount reductions may not be achievable <br><br>• **Capital Expenditures:** Additional digital investment may be necessary in order to compete | • **Ad Sales / Revenue**: <br>– Economic recovery prior to 2010 may provide some lift relative to the forecast <br>– Growth initiatives may have more or larger impact than forecasted <br><br>• **Print Cost of Sales – Print and Paper:** RHD may receive regulatory approval to remove white pages from printed directories |