# **<u>EXHIBIT F</u>**

## LIQUIDATION ANALYSIS

Pursuant to section 1129(a)(7) of the Bankruptcy Code (often called the "Best Interests Test"), each Holder of an Impaired Claim or Interest must either (a) accept the Plan or (b) receive or retain under the Plan property of a value, as of the Effective Date, that is not less than the value such Holder would receive or retain if the Debtors were to be liquidated under chapter 7 of the Bankruptcy Code. In determining whether the Best Interests Test has been met, the first step is to determine the dollar amount that would be generated from a hypothetical liquidation of the Debtors' assets in chapter 7. The gross amount of cash available for distribution to creditors would be the sum of the proceeds from the disposition of the Debtors' assets and the cash held by the Debtors at the commencement of their chapter 7 cases. Such amount would then be reduced by the costs and expenses of the liquidation. In order to determine whether the Best Interests Test has been satisfied, available cash and the proceeds from the liquidation of the Debtors' assets would be applied to Secured Claims (to the extent of the value of the underlying collateral) and to satisfy Administrative Expense Claims (including any incremental Administrative Expense Claims that may result from the termination of the Debtors' businesses and the liquidation of their assets), Priority Tax Claims, and Priority Non-Tax Claims, all of which are senior in priority to Noteholders Claims and General Unsecured Claims. Any remaining cash would be available for distribution to the Holders of Noteholders Claims and General Unsecured Claims in accordance with the distribution hierarchy established by section 726 of the Bankruptcy Code.

This liquidation analysis (the "Liquidation Analysis") was prepared by the Debtors with assistance from their financial advisors and represents the Debtors' best estimate of the cash proceeds, net of liquidation-related costs, that would be available for distribution to the Holders of Claims and RHDC Interests if the Debtors were liquidated under chapter 7 of the Bankruptcy Code. This Liquidation Analysis assumes that the Debtors' chapter 11 cases are converted into liquidation cases under chapter 7 in a "shut-the-door" liquidation that does not preserve the going concern value of the Debtors' estates. Unless otherwise stated, (i) the asset values used in this Liquidation Analysis reflect the unaudited book values of the Debtors' assets as of July 31, 2009 and (ii) the Debtors' liabilities are based on the Debtors' actual liabilities as of the Petition Date.

**THE INFORMATION SET FORTH IN THIS LIQUIDATION ANALYSIS IS PRELIMINARY AND IS SUBJECT TO MODIFICATION AND SUPPLEMENTATION BY THE DEBTORS AT ANY TIME UP TO THE PLAN SUPPLEMENT FILING DATE.**

The Liquidation Analysis is premised upon a number of estimates and assumptions that, although developed and considered reasonable by the Debtors and their financial advisors, are inherently subject to significant business, economic and competitive uncertainties and contingencies that are beyond the control of the Debtors and their management. Accordingly, there can be no assurance that the estimated values reflected in this Liquidation Analysis would be realized if the Debtors were, in fact, to undergo a liquidation under chapter 7. In addition, any such liquidation would

take place under future circumstances that cannot be predicted with certainty. Accordingly, although the analysis that follows is necessarily presented with numerical specificity, if the Debtors' estates were in fact liquidated as described herein, the actual liquidation proceeds could vary significantly from the amounts set forth in this Liquidation Analysis. Such actual liquidation proceeds could be materially higher or lower than the amounts set forth herein, and no representation or warranty can be or is being made with respect to the actual proceeds that would be generated from a liquidation of the Debtors under chapter 7 of the Bankruptcy Code.

The Liquidation Analysis has been prepared solely for the purposes of estimating the asset proceeds available in a hypothetical chapter 7 liquidation. Nothing contained in this Liquidation Analysis is intended as or constitutes a concession or admission for any purpose other than the presentation of a hypothetical liquidation analysis for purposes of the Best Interests Test. The Liquidation Analysis should be read in conjunction with the accompanying assumptions.

The Liquidation Analysis has been prepared on a Debtor-by-Debtor basis, consistent with the deconsolidated structure of the Plan. Accordingly, Claims against each of the Debtors have been identified and allocated by Class for purposes of the Liquidation Analysis. The following Debtors are not included in the Liquidation Analysis because they have *de minimis* assets: Dex Media East Finance Co., Dex Media West Finance Co., DonTech Holdings, LLC, Get Digital Smart, Inc., and Work.com, Inc.

Capitalized terms used but not defined in this Liquidation Analysis have the meaning assigned thereto in the Plan, a copy of which is attached to the Disclosure Statement as Exhibit A.

## General Assumptions

Upon conversion of the Debtors' chapter 11 cases to chapter 7, a trustee (the "Chapter 7 Trustee") would be appointed to manage the Debtors' affairs and to conduct the liquidation of the Debtors' assets as an alternative to the continued operation of the Debtors' business on a going concern basis as proposed under the Plan. This Liquidation Analysis assumes that it would not be possible to sell the Debtors as a going concern in a chapter 7 case, which would precipitate a shutdown of the Debtors' operations. Accordingly, the Debtors have assumed that the Chapter 7 Trustee would be forced to sell the Debtors' assets in a traditional "bricks and mortar" liquidation, which would result in the loss of most, if not all, of the going concern value attributable to the Debtors' assets. To maximize recoveries, the hypothetical liquidation is assumed to take place over a six to twelve month period (the "Wind-Down Period"), during which time all of the Debtors' major assets (which primarily consist of receivables) would be collected or sold and the cash proceeds, net of liquidation-related costs, would be distributed to creditors. The Debtors have assumed that the collection of receivables, sale of assets, and wind-down of operations would be substantially completed during the Wind-Down Period. There can be no assurances that all assets of the Debtors would be completely liquidated during this time period. The Liquidation Analysis assumes that there would be no proceeds from the recoveries on any potential preference, fraudulent conveyance, or other causes of action belonging to the Debtors' estates.

This Liquidation Analysis assumes that the Debtors would be forced to cease substantially all operations almost immediately upon conversion of their cases to chapter 7.

The likely consequences of the conversion to chapter 7 include the following:

      \*      The Debtors' workforce consists of specialized employees who are coveted by the Debtors' competitors. With the Debtors facing certain liquidation, those employees are likely to quickly leave the Debtors and find employment elsewhere. The loss of the Debtors' employees would make an orderly wind down significantly more difficult and would render the possibility of continuing operations in an effort to complete a going concern sale highly remote, if not impossible. The inability to retain employees for a transitional period would be exacerbated by concerns over the Debtors' ability to fund ongoing payroll obligations.

      \*      Substantially all of the Debtors' revenues are derived from advertising sales. The Debtors' customers have the ability to quickly shift their purchases from the Debtors' publications and websites to the Debtors' competitors and/or other advertising mediums. It is highly unlikely that the Chapter 7 Trustee could maintain many, if any, of the Debtors' customers for any meaningful period of time upon the commencement of the Wind-Down Period.

      \*      Outstanding receivables would be difficult to collect in full. Advertising agencies are likely to withhold payments on a concern that the Debtor would not fulfill their

3

obligations under the advertising arrangement, though after some period of time some partial payments would likely be received. Circulation receivables would be very difficult to collect as distribution agents would likely hold back payments based upon estimated costs related to the removal of the Debtors' publications from the distribution system, holdbacks for returns and allowances, and/or to provide a cushion until the final audit of their books and records had been completed. Existing customers would likely demand refunds. The Debtors would, as a result, experience high levels of uncollectible accounts receivable.

    \* The majority of the Debtors' property, plant and equipment ("PP&E") consists of depreciated computer equipment and internally and externally developed software. The Debtors lease substantially all of their office space. These assets have very limited value on the secondary market and it is unlikely that any meaningful value would be realized from the liquidation of such assets.

    \* Substantially all of the Debtors' assets are intangible and are in the form of directory service agreements, brand names, and trademarks. The value of these assets would be severely compromised in a liquidation scenario, although some value would likely be realized from the sale of the subscriber lists and from the sale of the Debtors' trademarks and URLs.

## Specific Assumptions

### A. Cash and Cash Equivalents

The Liquidation Analysis assumes that the Debtors' actual cash balance as of July 31, 2009, in the amount of approximately $500 million, would be 100% recoverable. The Liquidation Analysis assumes that operations during the Wind-Down Period would not generate additional cash, except for the net proceeds realized by the Chapter 7 Trustee from the disposition of non-cash assets.

### B. Accounts Receivable

The Liquidation Analysis assumes that the Chapter 7 Trustee would retain certain existing employees of the Debtors to handle an aggressive collection effort for the existing accounts receivable. Collections during a liquidation of the Debtors would likely be significantly compromised as customers may attempt to offset outstanding amounts owed to the Debtors against alleged damage and breach of contract claims. Estimated proceeds from accounts receivable in a liquidation scenario are based on management's estimate of collectability. An estimated recovery percentage has been applied to balances based on account aging as of March 31, 2009 and account type (i.e. local vs. national accounts). Accounts aged over 120 days are assumed to have *de minimis* liquidation value. The estimated recovery range is between 40% and 60% of gross accounts receivable, or approximately 42% to 63% of net accounts receivable. Intercompany accounts receivable are assumed to have no value for purposes of this Liquidation Analysis.

### C.  Deferred Directory Costs

Deferred directory costs consist of deferred sales commissions and deferred print, paper and initial distribution costs.  Deferred directory costs would be amortized over the life of the directory in a going concern scenario.  Deferred directory costs are assumed to have no value in a liquidation.

### D.  Prepaid Expenses

Prepaid expenses consist primarily of prepaid print and paper expenses, prepaid commissions, prepaid insurance expense, prepaid rent expense, and other miscellaneous prepaid expenses. Prepaid expenses are assumed to have no value in a liquidation scenario.

### E.  Other Current Assets

Other current assets consist primarily of miscellaneous receivables, client re-bill, and state franchise tax refunds receivables and credit card receivables. Miscellaneous receivables are deemed to be 34 - 44% recoverable based on the fact that half of this balance represents leasehold receivables due from lessors, which the Debtors assume are not recoverable.  Client re-bill is deemed not to be recoverable.  Credit card receivables represent a timing difference between the authorization of the credit card transaction and the receipt of monies from the credit card processor.  The Debtors have estimated that these receivables will be 90-100% recoverable.

### F.  Deferred Tax Assets

The deferred tax assets are assumed to have no value for purposes of this Liquidation Analysis.

### G.  Property, Plant and Equipment

PP&E primarily consists of owned assets such as computer equipment and software, leasehold improvements, and furniture & fixtures.  A majority of these assets are significantly depreciated and are unlikely to result in any meaningful liquidation value.  There is no recoverability for leasehold improvements since such improvements will revert to the lessor upon discontinuation of the leases.  An estimated recovery percentage has been applied by asset category.  The likely proceeds from the sale of such assets are estimated at 10% - 35% of book value on a net basis.

### H.  Other Non-Current Assets

Other non-current assets include deferred financing costs, mark-to-market interest rate swaps, lease agreement receivables, long term deferred tax assets, various deposits and restricted cash. Restricted cash consists of cash equivalents pledged as collateral for an outstanding Letter of Credit and for Business.com, Inc.'s ("BDC") merchant banking provider.  The Letter of Credit relates to BDC's facility lease, which requires BDC to collateralize the obligation with an outstanding letter of credit.  Other non-current assets are assumed to have no value for purposes of this Liquidation Analysis.  Intercompany investments consist of parent company interest recognition and are assumed to have no value for purposes of this Liquidation Analysis.

### I.  Intangible Assets

Goodwill and other intangible assets are assumed to have no realizable value in a liquidation.

**Chapter 7 Administrative Claims**

### J.  Chapter 7 Trustee Fees

Chapter 7 Trustee fees are estimated based on historical experience in similar cases and are estimated to be 3% of the total cash proceeds generated during the liquidation, net of cash on hand.

### K.  Chapter 7 Professional Fees

Chapter 7 Professional fees include legal and accounting fees expected to be incurred by the Chapter 7 Trustee during the Wind-Down Period and not already deducted from liquidation values. Monthly professional fees for legal, accounting and other staff to assist the estates and the Chapter 7 Trustee with the liquidation process are assumed to be 25% of the Chapter 7 Trustee's fees.

### L.  Wind - Down Costs

Wind-down costs include employee benefits and compensation, general and administrative expenses, and fixed overhead costs.  G&A costs primarily consist of the related to the retention of the accounts receivable department, consisting of approximately 150 employees, and key management personnel for the duration of the Wind-Down Period to assist in the collection of accounts receivable.  G&A costs are estimated to be between 20% and 30% of annual G&A for 2008.  Severance costs, consisting of three months of salary for each of the retained employees, are estimated to be approximately $20 million.  The wind-down costs have been allocated among the Debtors based on each Debtor's share of the net assets available for distribution.

### M.  Secured Claims

For purposes of this Liquidation Analysis, the Secured Claims include the RHDI Lenders Claims, the RHDI Lenders Guaranty Claims, the DMW Lenders Claims, the DMW Lenders Guaranty Claims, the DME Lenders Claims, and the DME Lenders Guaranty Claims.

### N.  Noteholders Claims and General Unsecured Claims

For purposes of this Liquidation Analysis, the Unsecured Claims consist of the Noteholders Claims and the General Unsecured Claims as estimated in the Disclosure Statement.  The Liquidation Analysis does not attempt to estimate the potential additional General Unsecured Claims that would likely arise as a result of the termination of the Debtors' pension and benefit plans, the rejection of remaining executory contracts and leases, and the failure of the Debtors to perform under existing contracts with their customers and vendors.  Such additional claims would likely result from a cessation of operations as contemplated herein and would likely be substantial

in amount.  Noteholders Claims and the General Unsecured Claims are assumed to be paid on a pro rata basis from the net proceeds available, if any, after the payment in full of Secured Claims.

*O.  RHDC Interests*

Holders of RHDC Interests are not expected to receive any recoveries in a liquidation scenario.

| **R.H. Donnelley Corporation** | | | | | |
|---|---|---|---|---|---|
| **Estimated Asset Liquidation Values** | | | | | |
| **Analysis as of July-31-2009** | | | | | |
| **($000s)** | | **Estimated Potential Recovery** | | | |
| **Notes** | | **Low** | | **High** | |
| **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| a) Cash and Cash Equivalents | 4,350 | 4,350 | 100% | 4,350 | 100% |
| b) Accounts Receivable | - | - | 40% | - | 60% |
| Accounts Receivable, Intercompany | 48,199 | - | 0% | - | 0% |
| c) Deferred Directory Costs | - | - | 0% | - | 0% |
| d) Prepaid Expenses | 4,339 | - | 0% | - | 0% |
| e) Other Current Assets | 15 | 5 | 34% | 7 | 44% |
| f) Deferred Tax Assets | 9,370 | - | 0% | - | 0% |
| g) Property, Plant and Equipment, Net | 5,918 | 592 | 10% | 2,071 | 35% |
| h) Other Non-Current Assets | - | - | 0% | - | 0% |
| i) Intangible Assets, Net | 0 | - | 0% | - | 0% |
| **Gross Proceeds Available for Distribution** | **72,192** | **4,947** | **7%** | **6,428** | **9%** |
| **Less: Chapter 7 Administrative Claims** | | | | | |
| j) Trustee Fees | | 18 | 100% | 62 | 100% |
| k) Professional Fees | | 4 | 100% | 16 | 100% |
| l) Wind - Down Costs | | 296 | 100% | 327 | 100% |
| **Total Chapter 7 Administrative Claims** | | **318** | **100%** | **405** | **100%** |
| **Net Proceeds Available for Distribution** | | **$ 4,628** | | **$ 6,023** | |
| m) **Less: Secured Claims** | | | | | |
| RHDI Lenders Guaranty Claims | 1,434,000 | 4,628 | 0.3% | 6,023 | 0.4% |
| **Total Secured Claims** | **1,434,000** | **4,628** | **0.3%** | **6,023** | **0.4%** |
| **Proceeds Available for Unsecured Claims** | | **$ -** | | **$ -** | |
| n) **Less: Unsecured Claims** | | | | | |
| RHDC Noteholders Claims | 3,212,000 | | | | |
| RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| General Unsecured Claims | 400 | | | | |
| **Total Unsecured Claims** | **3,625,400** | **-** | **0%** | **-** | **0%** |
| **Proceeds Available to Common Stockholders** | | **$ -** | | **$ -** | |

| | R.H. Donnelley Inc.<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|---|
| ($000s) | | | Estimated Potential Recovery | | | |
| Notes | | | Low | | High | |
| | Category | Book Value | Value | Rate (%) | Value | Rate (%) |
| a) | Cash and Cash Equivalents | 149,118 | 149,118 | 100% | 149,118 | 100% |
| b) | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | 1,124,570 | - | 0% | - | 0% |
| c) | Deferred Directory Costs | - | - | 0% | - | 0% |
| d) | Prepaid Expenses | 7,534 | - | 0% | - | 0% |
| e) | Other Current Assets | 1,214 | 413 | 34% | 534 | 44% |
| f) | Deferred Tax Assets | - | - | 0% | - | 0% |
| g) | Property, Plant and Equipment, Net | 63,568 | 6,357 | 10% | 22,249 | 35% |
| h) | Other Non-Current Assets | 17,399 | - | 0% | - | 0% |
| i) | Intangible Assets, Net | 4 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **1,363,408** | **155,888** | **11%** | **171,901** | **13%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| j) | Trustee Fees | | 203 | 100% | 683 | 100% |
| k) | Professional Fees | | 51 | 100% | 171 | 100% |
| l) | Wind - Down Costs | | 5,591 | 100% | 6,180 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **5,845** | **100%** | **7,034** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$  150,043** | | **$  164,867** | |
| m) | **Less: Secured Claims** | | | | | |
| | RHDI Lenders Claims | 1,434,000 | 150,043 | 10% | 164,867 | 11% |
| | **Total Secured Claims** | **1,434,000** | **150,043** | **10%** | **164,867** | **11%** |
| | **Proceeds Available for Unsecured Claims** | | **$  -** | | **$  -** | |
| n) | **Less: Unsecured Claims** | | | | | |
| | RHDI Noteholders Claims | 413,000 | | | | |
| | Other Unsecured Claims | 2,700 | | | | |
| | **Total Unsecured Claims** | **415,700** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$  -** | | **$  -** | |

| DonTech Holdings, LLC<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|
| ($000s) | | | **Estimated Potential Recovery** | | |
| **Notes** | | | **Low** | | **High** |
| **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** Cash and Cash Equivalents | 7 | 7 | 100% | 7 | 100% |
| **b)** Accounts Receivable | - | - | 40% | - | 60% |
| Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** Other Current Assets | - | - | 34% | - | 44% |
| **f)** Deferred Tax Assets | 12,444 | - | 0% | - | 0% |
| **g)** Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** Intangible Assets, Net | - | - | 0% | - | 0% |
| **Gross Proceeds Available for Distribution** | **12,451** | **6.8** | **0%** | **6.8** | **0%** |
| **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** Trustee Fees | | - | 100% | - | 100% |
| **k)** Professional Fees | | - | 100% | - | 100% |
| **l)** Wind - Down Costs | | - | 100% | - | 100% |
| **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| **Net Proceeds Available for Distribution** | | **6.8** | | **6.8** | |
| **m) Less: Secured Claims** | | | | | |
| RHDI Lenders Guaranty Claims | 1,434,000 | 6.8 | 0% | 6.8 | 0% |
| **Total Secured Claims** | **1,434,000** | **6.8** | **0%** | **6.8** | **0%** |
| **Proceeds Available for Unsecured Claims** | | **0.0** | | **0.0** | |
| **n) Less: Unsecured Claims** | | | | | |
| RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| **Total Unsecured Claims** | **413,000** | **-** | **0%** | **-** | **0%** |
| **Proceeds Available to Common Stockholders** | | **0.0** | | **0.0** | |

**R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC**
**Estimated Asset Liquidation Values**
**Analysis as of July-31-2009**

| ($000s) Notes | Category | Book Value | Estimated Potential Recovery | | | |
|---|---|---|---|---|---|---|
| | | | Low | | High | |
| | | | Value | Rate (%) | Value | Rate (%) |
| **a)** | Cash and Cash Equivalents | 7.8 | 7.8 | 100% | 7.8 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | 4,586 | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | - | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **4,594** | **7.8** | **0%** | **7.8** | **0%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | - | 100% | - | 100% |
| **k)** | Professional Fees | | - | 100% | - | 100% |
| **l)** | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$ 7.8** | | **$ 7.8** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | RHDI Lenders Guaranty Claims | 1,434,000 | $ 7.8 | 0% | 7.8 | 0% |
| | **Total Secured Claims** | **1,434,000** | **$ 7.8** | **0%** | **7.8** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | **$ 0** | | **$ 0** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| | **Total Unsecured Claims** | **413,000** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$ 0** | | **$ 0** | |

| | | | Estimated Potential Recovery | | | |
|---|---|---|---|---|---|---|
| | | | **DonTech II Partnership**<br>**Estimated Asset Liquidation Values**<br>**Analysis as of July-31-2009** | | | |
| ($000s) | | | **Low** | | **High** | |
| **Notes** | | | | | | |
| | Category | Book Value | Value | Rate (%) | Value | Rate (%) |
| **a)** | Cash and Cash Equivalents | 26 | 26 | 100% | 26 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | 25,104 | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | 729 | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | 16 | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | 4,035 | 404 | 10% | 1,412 | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | 88,795 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **118,705** | **430** | **0%** | **1,439** | **1%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | 12 | 100% | 42 | 100% |
| **k)** | Professional Fees | | 3 | 100% | 11 | 100% |
| **l)** | Wind - Down Costs | | 415 | 100% | 538 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **430** | **100%** | **591** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$       0** | | **$     848** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | RHDI Lenders Guaranty Claims | 1,434,000 | - | 0% | 848 | 0% |
| | **Total Secured Claims** | **1,434,000** | **-** | **0%** | **848** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | **$       0** | | **$      -** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| | Other Unsecured Claims | 350 | | | | |
| | **Total Unsecured Claims** | **413,350** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$       0** | | **$      -** | |

| | R.H. Donnelley Publishing & Advertising of Illinois Partnership<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | **Low** | | **High** | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 1,566 | 1,566 | 100% | 1,566 | 100% |
| **b)** | Accounts Receivable | 150,283 | 60,113 | 40% | 90,170 | 60% |
| | Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | 143,479 | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | 6,696 | - | 0% | - | 0% |
| **e)** | Other Current Assets | 930 | 316 | 34% | 409 | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | 825,259 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **1,128,213** | **61,996** | **5%** | **92,145** | **8%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | 1,813 | 100% | 2,717 | 100% |
| **k)** | Professional Fees | | 453 | 100% | 679 | 100% |
| **l)** | Wind - Down Costs | | 4,627 | 100% | 5,114 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **6,893** | **100%** | **8,511** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$ 55,103** | | **$ 83,635** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | **Total Secured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | **$ 55,103** | | **$ 83,635** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| | RHDI Lenders Guaranty Claims | 1,434,000 | | | | |
| | Other Unsecured Claims | 350 | | | | |
| | **Total Unsecured Claims** | **1,847,350** | **55,103** | **3%** | **83,635** | **5%** |
| | **Proceeds Available to Common Stockholders** | | **$ -** | | **$ -** | |

| R.H. Donnelley Publishing & Advertising, Inc. Estimated Asset Liquidation Values Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|
| **($000s)** | | | Estimated Potential Recovery | | |
| **Notes** | | | Low | | High |
| Category | Book Value | Value | Rate (%) | Value | Rate (%) |
| **a)** Cash and Cash Equivalents | 1,895 | 1,895 | 100% | 1,895 | 100% |
| **b)** Accounts Receivable | 266,702 | 106,681 | 40% | 160,021 | 60% |
| Accounts Receivable, Intercompany | 24,706 | - | 0% | - | 0% |
| **c)** Deferred Directory Costs | 38,754 | - | 0% | - | 0% |
| **d)** Prepaid Expenses | 4,384 | - | 0% | - | 0% |
| **e)** Other Current Assets | 1,590 | 541 | 34% | 700 | 44% |
| **f)** Deferred Tax Assets | 24,143 | - | 0% | - | 0% |
| **g)** Property, Plant and Equipment, Net | 2,464 | 246 | 10% | 862 | 35% |
| **h)** Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** Intangible Assets, Net | 1,439,909 | - | 0% | - | 0% |
| **Gross Proceeds Available for Distribution** | **1,804,546** | **109,363** | **6%** | **163,478** | **9%** |
| **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** Trustee Fees | | 3,224 | 100% | 4,847 | 100% |
| **k)** Professional Fees | | 806 | 100% | 1,212 | 100% |
| **l)** Wind - Down Costs | | 7,401 | 100% | 8,180 | 100% |
| **Total Chapter 7 Administrative Claims** | | **11,431** | **100%** | **14,239** | **100%** |
| **Net Proceeds Available for Distribution** | | **$  97,932** | | **$  149,240** | |
| **m) Less: Secured Claims** | | | | | |
| RHDI Lenders Guarantee Claims | 1,434,000 | 97,932 | 7% | 149,240 | 10% |
| **Total Secured Claims** | **1,434,000** | **97,932** | **7%** | **149,240** | **10%** |
| **Proceeds Available for Unsecured Claims** | | **$  -** | | **$  -** | |
| **n) Less: Unsecured Claims** | | | | | |
| RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| Other Unsecured Claims | 1,900 | | | | |
| **Total Unsecured Claims** | **414,900** | **-** | **0%** | **-** | **0%** |
| **Proceeds Available to Common Stockholders** | | **$  -** | | **$  -** | |

| | R.H. Donnelley APIL, Inc. Estimated Asset Liquidation Values Analysis as of July-31-2009 | | | | |
|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | |
| **Notes** | | | **Low** | | **High** |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 16 | 16.4 | 100% | 16.4 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | 1,064,877 | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | 28,237 | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | - | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **1,093,130** | **16.4** | **0%** | **16.4** | **0%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | - | 100% | - | 100% |
| **k)** | Professional Fees | | - | 100% | - | 100% |
| **l)** | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | $  **16.4** | | $  **16.4** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | RHDI Lenders Guaranty Claims | 1,434,000 | 16 | 0% | 16 | 0% |
| | **Total Secured Claims** | **1,434,000** | **16** | **0%** | **16** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | $  **0** | | $  **0** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | RHDI Noteholders Guaranty Claims | 413,000 | | | | |
| | **Total Unsecured Claims** | **413,000** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | $  **0** | | $  **0** | |

| | **RHD Service LLC** <br> **Estimated Asset Liquidation Values** <br> **Analysis as of July-31-2009** | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | Low | | High | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 174,765 | 174,765 | 100% | 174,765 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | - | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **174,765** | **174,765** | **100%** | **174,765** | **100%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | - | 100% | - | 100% |
| **k)** | Professional Fees | | - | 100% | - | 100% |
| **l)** | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$ 174,765** | | **$ 174,765** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | **Total Secured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | **$ 174,765** | | **$ 174,765** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | **Total Unsecured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$ 174,765** | | **$ 174,765** | |

| | | | Estimated Potential Recovery | | | |
|---|---|---|---|---|---|---|
| **Dex Media, Inc.** | | | | | | |
| **Estimated Asset Liquidation Values** | | | | | | |
| **Analysis as of July-31-2009** | | | | | | |
| **($000s)** | | | **Low** | | **High** | |
| **Notes** | | | | | | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| a) | Cash and Cash Equivalents | 1.6 | 1.6 | 100% | 1.6 | 100% |
| b) | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | 14,514 | - | 0% | - | 0% |
| c) | Deferred Directory Costs | - | - | 0% | - | 0% |
| d) | Prepaid Expenses | - | - | 0% | - | 0% |
| e) | Other Current Assets | - | - | 34% | - | 44% |
| f) | Deferred Tax Assets* | 10,900 | - | 0% | - | 0% |
| g) | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| h) | Other Non-Current Assets | 84,931 | - | 0% | - | 0% |
| i) | Intangible Assets, Net | 8,505 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **118,852** | **1.6** | **0%** | **1.6** | **0%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| j) | Trustee Fees | | - | 100% | - | 100% |
| k) | Professional Fees | | - | 100% | - | 100% |
| l) | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | **1.6** | | **1.6** | |
| m) | **Less: Secured Claims** | | | | | |
| | **Total Secured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | **1.6** | | **1.6** | |
| n) | **Less: Unsecured Claims** | | | | | |
| | DMI Noteholders Claims | 1,250,000 | | | | |
| | **Total Unsecured Claims** | **1,250,000** | **1.6** | **0%** | **1.6** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$ (0)** | | **$ (0)** | |

*Deferred tax assets are netted against deferred tax liabilities as of July 31,2009.

| | | | **Estimated Potential Recovery** | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Low** | | **High** | |
| **Notes** | | | | | | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 42,762 | 42,762 | 100% | 42,762 | 100% |
| **b)** | Accounts Receivable | 261,039 | 104,416 | 40% | 156,623 | 60% |
| | Accounts Receivable, Intercompany | 50,826 | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | 47,656 | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | 13,499 | - | 0% | - | 0% |
| **e)** | Other Current Assets * | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | 48,121 | 4,812 | 10% | 16,842 | 35% |
| **h)** | Other Non-Current Assets | 15,594 | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | 3,065,157 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **3,544,655** | **151,990** | **4%** | **216,228** | **6%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | 3,277 | 100% | 5,204 | 100% |
| **k)** | Professional Fees | | 819 | 100% | 1,301 | 100% |
| **l)** | Wind - Down Costs | | 14,537 | 100% | 16,067 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **18,633** | **100%** | **22,572** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$   133,357** | | **$   193,656** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | DME Lenders Guaranty Claims | 1,101,000 | 133,357 | 12% | 193,656 | 18% |
| | **Total Secured Claims** | **1,101,000** | **133,357** | **12%** | **193,656** | **18%** |
| | **Proceeds Available for Unsecured Claims** | | **$   -** | | **$   -** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | General Unsecured Claims | 7,700 | | | | |
| | **Total Unsecured Claims** | **7,700** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$   -** | | **$   -** | |

*Dex Media East, Inc.*
*Estimated Asset Liquidation Values*
*Analysis as of July-31-2009*

* Other current assets include $149 thousand in negative Credit Card Receivables and approximately $50 thousand in Miscellaneous Receivables, showing a net liability as of July 31, 2009 and not included in total assets for the purposes of this analysis.

| | **Dex Media East LLC**<br>**Estimated Asset Liquidation Values**<br>**Analysis as of July-31-2009** | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | Low | | High | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 30,000 | 30,000 | 100% | 30,000 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | - | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **30,000** | **30,000** | **100%** | **30,000** | **100%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | - | 100% | - | 100% |
| **k)** | Professional Fees | | - | 100% | - | 100% |
| **l)** | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$   30,000** | | **$   30,000** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | DME Lenders Claims | 1,101,000 | 30,000 | 3% | 30,000 | 3% |
| | **Total Secured Claims** | **1,101,000** | **30,000** | **3%** | **30,000** | **3%** |
| | **Proceeds Available for Unsecured Claims** | | **$   -** | | **$   -** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | **Total Unsecured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$   -** | | **$   -** | |

| | Dex Media West, Inc.<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | **Low** | | **High** | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 53,493 | 53,493 | 100% | 53,493 | 100% |
| **b)** | Accounts Receivable | 309,119 | 123,648 | 40% | 185,471 | 60% |
| | Accounts Receivable, Intercompany | 76,240 | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | 51,861 | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | 22,362 | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | 41,853 | 4,185 | 10% | 14,648 | 35% |
| **h)** | Other Non-Current Assets | 39,458 | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | 4,215,209 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **4,809,594** | **181,326** | **4%** | **253,613** | **5%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | 3,835 | 100% | 6,004 | 100% |
| **k)** | Professional Fees | | 959 | 100% | 1,501 | 100% |
| **l)** | Wind - Down Costs | | 19,724 | 100% | 21,801 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **24,518** | **100%** | **29,305** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$ 156,807** | | **$ 224,307** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | DMW Lenders Guaranty Claims | 1,107,000 | 156,807 | 14% | 224,307 | 20% |
| | **Total Secured Claims** | **1,107,000** | **156,807** | **14%** | **224,307** | **20%** |
| | **Proceeds Available for Unsecured Claims** | | **$ -** | | **$ -** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | General Unsecured Claims | 1,800 | | | | |
| | **Total Unsecured Claims** | **1,800** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$ -** | | **$ -** | |

\* Other current assets include $126 thousand in negative Credit Card Receivables and approximately $23 thousand in
Miscellaneous Receivables, showing a net liability as of July 31, 2009 and not included in total assets for the purposes of this

| Dex Media West LLC<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|
| ($000s) | | Estimated Potential Recovery | | | |
| Notes | | Low | | High | |
| Category | Book Value | Value | Rate (%) | Value | Rate (%) |
| a) Cash and Cash Equivalents | 37,000 | 37,000 | 100% | 37,000 | 100% |
| b) Accounts Receivable | - | - | 40% | - | 60% |
| Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| c) Deferred Directory Costs | - | - | 0% | - | 0% |
| d) Prepaid Expenses | - | - | 0% | - | 0% |
| e) Other Current Assets | - | - | 34% | - | 44% |
| f) Deferred Tax Assets | - | - | 0% | - | 0% |
| g) Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| h) Other Non-Current Assets | - | - | 0% | - | 0% |
| i) Intangible Assets, Net | - | - | 0% | - | 0% |
| **Gross Proceeds Available for Distribution** | **37,000** | **37,000** | **100%** | **37,000** | **100%** |
| **Less: Chapter 7 Administrative Claims** | | | | | |
| j) Trustee Fees | | - | 100% | - | 100% |
| k) Professional Fees | | - | 100% | - | 100% |
| l) Wind - Down Costs | | - | 100% | - | 100% |
| **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| **Net Proceeds Available for Distribution** | | **$ 37,000** | | **$ 37,000** | |
| m) **Less: Secured Claims** | | | | | |
| DMW Lenders Claims | 1,107,000 | **37,000** | 3% | **37,000** | 3% |
| **Total Secured Claims** | **1,107,000** | **37,000** | **3%** | **37,000** | **3%** |
| **Proceeds Available for Unsecured Claims** | | **$ -** | | **$ -** | |
| n) **Less: Unsecured Claims** | | | | | |
| DMW Senior Notes Noteholders Claims | 394,000 | | | | |
| DMW Senior Subordinated Notes Noteholders Claims | 762,000 | | | | |
| **Total Unsecured Claims** | **1,156,000** | **-** | **0%** | **-** | **0%** |
| **Proceeds Available to Common Stockholders** | | **$ -** | | **$ -** | |

| | Dex Media Service LLC<br>Estimated Asset Liquidation Values<br>Analysis as of July-31-2009 | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | **Low** | | **High** | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 15.3 | 15.3 | 100% | 15.3 | 100% |
| **b)** | Accounts Receivable | - | - | 40% | - | 60% |
| | Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | - | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | - | - | 0% | - | 0% |
| **e)** | Other Current Assets | - | - | 34% | - | 44% |
| **f)** | Deferred Tax Assets | - | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | - | - | 10% | - | 35% |
| **h)** | Other Non-Current Assets | - | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | - | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **15.3** | **15.3** | **100%** | **15.3** | **100%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | - | 100% | - | 100% |
| **k)** | Professional Fees | | - | 100% | - | 100% |
| **l)** | Wind - Down Costs | | - | 100% | - | 100% |
| | **Total Chapter 7 Administrative Claims** | | **-** | **100%** | **-** | **100%** |
| | **Net Proceeds Available for Distribution** | | $  15 | | $  15 | |
| **m)** | **Less: Secured Claims** | | | | | |
| | **Total Secured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available for Unsecured Claims** | | $  15 | | $  15 | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | **Total Unsecured Claims** | **-** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | $  15 | | $  15 | |

| | **Business.com, Inc.**<br>**Estimated Asset Liquidation Values**<br>**Analysis as of July-31-2009** | | | | | |
|---|---|---|---|---|---|---|
| **($000s)** | | | **Estimated Potential Recovery** | | | |
| **Notes** | | | **Low** | | **High** | |
| | **Category** | **Book Value** | **Value** | **Rate (%)** | **Value** | **Rate (%)** |
| **a)** | Cash and Cash Equivalents | 4,360 | 4,360 | 100% | 4,360 | 100% |
| **b)** | Accounts Receivable | 5,135 | 2,054 | 40% | 3,081 | 60% |
| | Accounts Receivable, Intercompany | - | - | 0% | - | 0% |
| **c)** | Deferred Directory Costs | 100 | - | 0% | - | 0% |
| **d)** | Prepaid Expenses | 6,119 | - | 0% | - | 0% |
| **e)** | Other Current Assets | 520 | 177 | 34% | 229 | 44% |
| **f)** | Deferred Tax Assets | 1,604 | - | 0% | - | 0% |
| **g)** | Property, Plant and Equipment, Net | 2,825 | 283 | 10% | 989 | 35% |
| **h)** | Other Non-Current Assets | 1,606 | - | 0% | - | 0% |
| **i)** | Intangible Assets, Net | 65,190 | - | 0% | - | 0% |
| | **Gross Proceeds Available for Distribution** | **87,459** | **6,873** | **8%** | **8,659** | **10%** |
| | **Less: Chapter 7 Administrative Claims** | | | | | |
| **j)** | Trustee Fees | | 75 | 100% | 129 | 100% |
| **k)** | Professional Fees | | 19 | 100% | 32 | 100% |
| **l)** | Wind - Down Costs | | 359 | 100% | 396 | 100% |
| | **Total Chapter 7 Administrative Claims** | | **453** | **100%** | **558** | **100%** |
| | **Net Proceeds Available for Distribution** | | **$   6,420** | | **$   8,101** | |
| **m)** | **Less: Secured Claims** | | | | | |
| | Other Secured Claims | 375,000 | 6,420 | 2% | 8,101 | 2% |
| | **Total Secured Claims** | **375,000** | **6,420** | **2%** | **8,101** | **2%** |
| | **Proceeds Available for Unsecured Claims** | | **$   -** | | **$   -** | |
| **n)** | **Less: Unsecured Claims** | | | | | |
| | Other Unsecured Claims | 5,500 | | | | |
| | **Total Unsecured Claims** | **5,500** | **-** | **0%** | **-** | **0%** |
| | **Proceeds Available to Common Stockholders** | | **$   -** | | **$   -** | |