# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) |
| Debtors. | (Jointly Administered) |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 1E NOTEHOLDERS CLAIMS**
**(RHDC NOTEHOLDERS CLAIMS – CUSIP NO. ▓▓▓)**
**TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 1E NOTEHOLDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote. In addition, on ▓▓▓, 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.
[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

balloting process. Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 1E under the Plan because you have been identified as a holder of a Claim arising under or evidenced by one or more unsecured (i) 8.875% Senior Notes due 2016, (ii) 8.875% Senior Notes due 2017, (iii) 6.875% Senior Discount Notes due 2013, and/or (iv) 6.875% Senior Notes due 2013 issued by R.H. Donnelley Corporation (each a "RHDC Noteholders Claim" and collectively, the "RHDC Noteholders Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all RHDC Noteholders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.

2. If you hold the Notes through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Notes that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.

3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

4. In order for your vote to count, you must:

    a) Complete Item 1 if it is not already completed;

    b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

    c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**

    d) Only complete Item 4 if you are the beneficial owner of Notes in other accounts or other record names and only if you have voted Ballots other than this Ballot;

    e) Review the certifications in Item 5;

    f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;

    g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and

    h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.

5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

6.  To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7.  To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8.  Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9.  After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10.  This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11.  If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF RHDC NOTEHOLDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Notes maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 1E (RHDC NOTEHOLDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of RHDC Noteholders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

❑    to ACCEPT the Plan        ❑    to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction.  Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

❑    The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO NOTES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for RHDC Noteholders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for RHDC Noteholders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER
CLASS 1E BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of RHDC Noteholders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a beneficial owner must vote all of its RHDC Noteholders Claims in Class 1E to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of RHDC Noteholders Claims in Class 1E, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.    is the holder of the RHDC Noteholders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.    has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.    has not submitted any other Ballots relating to the RHDC Noteholders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.    is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____

(Print or Type)

Social Security or Federal Tax I.D. No.:_____

(Optional)

Signature:_____

By:_____

(If Appropriate)

Title:_____

(If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE
VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL
COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS,
PLEASE CALL THE VOTING AGENT AT 888-571-1767.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG)<br>(Jointly Administered) |
| Debtors. | |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 2D NOTEHOLDERS CLAIMS**
**(DMI NOTEHOLDERS CLAIMS – CUSIP NO. [▒])**
**TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 2D NOTEHOLDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote. In addition, on [▒], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the balloting process. Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

Your Claims have been placed in Class 2D under the Plan because you have been identified as a holder of a Claim arising under or evidenced by one or more unsecured 9% Senior Discount Notes due 2013 and/or 8% Senior Notes due 2013 issued by Dex Media, Inc. (each a "DMI Noteholders Claim" and collectively, the "DMI Noteholders Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all DMI Noteholders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.
2. If you hold the Notes through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Notes that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.
3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.
4. In order for your vote to count, you must:
   a) Complete Item 1 if it is not already completed;
   b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;
   c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**
   d) Only complete Item 4 if you are the beneficial owner of Notes in other accounts or other record names and only if you have voted Ballots other than this Ballot;
   e) Review the certifications in Item 5;
   f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;
   g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and
   h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.
5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.
6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF DMI NOTEHOLDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Notes maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 2D (DMI NOTEHOLDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of DMI Noteholders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

    ❑   to ACCEPT the Plan        ❑   to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

    ❑   The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO NOTES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for DMI Noteholders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for DMI Noteholders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER
CLASS 2D BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of RHDC Noteholders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a beneficial owner must vote all of its DMI Noteholders Claims in Class 2D to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of DMI Noteholders Claims in Class 2D, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.        is the holder of the DMI Noteholders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.        has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.        has not submitted any other Ballots relating to the DMI Noteholders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.        is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____

        (Print or Type)

Social Security or Federal Tax I.D. No.:_____

        (Optional)

Signature:_____

By:_____

        (If Appropriate)

Title:_____

        (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____


Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE
VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL
COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS,
PLEASE CALL THE VOTING AGENT AT 888-571-1767.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) |
| | (Jointly Administered) |
| Debtors. | |

### BALLOT FOR BENEFICIAL HOLDERS OF CLASS 3E NOTEHOLDERS CLAIMS
### (RHDI NOTEHOLDERS CLAIMS – CUSIP NO. [ ])
### TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 3E NOTEHOLDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote. In addition, on [ ], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the balloting process. Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

Your Claims have been placed in Class 3E under the Plan because you have been identified as a holder of a Claim arising under or evidenced by one or more unsecured 11.75% Senior Notes due 2015 issued by R.H. Donnelley Inc. (each a "RHDI Noteholders Claim" and collectively, the "RHDI Noteholders Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all RHDI Noteholders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.

2. If you hold the Notes through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Notes that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.

3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

4. In order for your vote to count, you must:

   a) Complete Item 1 if it is not already completed;

   b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**

   d) Only complete Item 4 if you are the beneficial owner of Notes in other accounts or other record names and only if you have voted Ballots other than this Ballot;

   e) Review the certifications in Item 5;

   f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;

   g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and

   h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.

5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same

proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF RHDI NOTEHOLDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Notes maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 3E (RHDI NOTEHOLDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of RHDI Noteholders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

    ❑   to ACCEPT the Plan        ❑   to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

    ❑  The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO NOTES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for RHDI Noteholders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for RHDI Noteholders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER
CLASS 3E BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of RHDI Noteholders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

To be counted, a beneficial owner must vote all of its RHDI Noteholders Claims in Class 3E to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of RHDI Noteholders Claims in Class 3E, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.      is the holder of the RHDI Noteholders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.      has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.      has not submitted any other Ballots relating to the RHDI Noteholders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.      is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____
          (Print or Type)

Social Security or Federal Tax I.D. No.:_____
          (Optional)

Signature:_____

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG)<br>(Jointly Administered) |
| Debtors. | |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 4E NOTEHOLDERS CLAIMS
(DMW SENIOR NOTES NOTEHOLDERS CLAIMS – CUSIP NO. [██])
TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 4E NOTEHOLDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote. In addition, on [██], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the balloting process. Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.
[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

Your Claims have been placed in Class 4E under the Plan because you have been identified as a holder of a Claim arising under or evidenced by one or more unsecured 8.5% Senior Notes due 2010 and/or 5.875% Senior Notes due 2011 issued by Dex Media West LLC (each a "DMW Senior Notes Noteholders Claim" and collectively, the "DMW Senior Notes Noteholders Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all DMW Senior Notes Noteholders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.
2. If you hold the Notes through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Notes that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.
3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.
4. In order for your vote to count, you must:
    a) Complete Item 1 if it is not already completed;
    b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;
    c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**
    d) Only complete Item 4 if you are the beneficial owner of Notes in other accounts or other record names and only if you have voted Ballots other than this Ballot;
    e) Review the certifications in Item 5;
    f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;
    g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and
    h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.
5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.
6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.
7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same

proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF DMW SENIOR NOTES NOTEHOLDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Notes maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 4E (DMW SENIOR NOTES NOTEHOLDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of DMW Senior Notes Noteholders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

❑    to ACCEPT the Plan        ❑    to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

❑    The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO NOTES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for DMW Senior Notes Noteholders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for DMW Senior Notes Noteholders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASS 4E BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of DMW Senior Notes Noteholders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a beneficial owner must vote all of its DMW Senior Notes Noteholders Claims in Class 4E to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of DMW Senior Notes Noteholders Claims in Class 4E, those votes will not be counted.

ITEM 5.    **CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.        is the holder of the DMW Senior Notes Noteholders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.        has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.        has not submitted any other Ballots relating to the DMW Senior Notes Noteholders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.        is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____

   (Print or Type)

Social Security or Federal Tax I.D. No.: _____

   (Optional)

Signature: _____

By: _____

   (If Appropriate)

Title: _____

   (If Appropriate)

Street Address: _____

City, State, Zip Code: _____

Telephone Number: _____

Date Completed: _____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED.   PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE
VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL
COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS,
PLEASE CALL THE VOTING AGENT AT 888-571-1767.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

R.H. DONNELLEY CORPORATION, et al.,[1]

                  Debtors.

Chapter 11

Case No. 09-11833 (KG)
(Jointly Administered)

---

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 4F NOTEHOLDERS CLAIMS**
**(DMW SENIOR SUBORDINATED NOTES NOTEHOLDERS CLAIMS – CUSIP NO. [▨▨])**
**TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 4F NOTEHOLDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE").  DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote.  In addition, on [▨▨], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan.  The Solicitation Procedures Order contains important information regarding the balloting process.  Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224).  The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

Your Claims have been placed in Class 4F under the Plan because you have been identified as a holder of a Claim arising under or evidenced by one or more unsecured 9.875% Senior Subordinated Notes due 2013 issued by Dex Media West LLC (each a "DMW Senior Subordinated Notes Noteholders Claim" and collectively, the "DMW Senior Subordinated Notes Noteholders Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all DMW Senior Subordinated Notes Noteholders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.
2. If you hold the Notes through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Notes that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.
3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.
4. In order for your vote to count, you must:
   a) Complete Item 1 if it is not already completed;
   b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;
   c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**
   d) Only complete Item 4 if you are the beneficial owner of Notes in other accounts or other record names and only if you have voted Ballots other than this Ballot;
   e) Review the certifications in Item 5;
   f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;
   g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and
   h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.
5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.
6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.   AGGREGATE PRINCIPAL AMOUNT OF DMW SENIOR SUBORDINATED NOTES NOTEHOLDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Notes maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.   CLASS 4F (DMW SENIOR SUBORDINATED NOTES NOTEHOLDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of DMW Senior Subordinated Notes Noteholders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

❑     to ACCEPT the Plan          ❑     to REJECT the Plan

**ITEM 3.   OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

❑  The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.   CERTIFICATION AS TO NOTES HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for DMW Senior Subordinated Notes Noteholders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for DMW Senior Subordinated Notes Noteholders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASS 4F BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of DMW Senior Subordinated Notes Noteholders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

To be counted, a beneficial owner must vote all of its DMW Senior Subordinated Notes Noteholders Claims in Class 4F to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of DMW Senior Subordinated Notes Noteholders Claims in Class 4F, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.        is the holder of the DMW Senior Subordinated Notes Noteholders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.        has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.        has not submitted any other Ballots relating to the DMW Senior Subordinated Notes Noteholders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.        is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____
          (Print or Type)

Social Security or Federal Tax I.D. No.:_____
          (Optional)


Signature:_____

By:_____
          (If Appropriate)

Title:_____
          (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____


Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) (Jointly Administered) |
| Debtors. | |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASSES 1F AND 10E THROUGH 16E CLAIMS**
**(RHDI NOTEHOLDERS GUARANTY CLAIMS – CUSIP NO. [▓▓])**
**TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

      THIS BALLOT IS TO BE USED BY HOLDERS OF CLASSES 1F AND 10E THROUGH 16E RHDI NOTEHOLDERS GUARANTY CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

      Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

      You should review the Disclosure Statement and the Plan before you vote. In addition, on [▓▓], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the balloting process. Please read the Solicitation Procedures Order and the instructions sent with this Ballot prior to submitting this Ballot.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.
[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

Your Claims have been placed in Classes 1F and 10E through 16E under the Plan because you have been identified as a holder of a Claim arising under or evidenced by the R.H. Donnelley Inc. Noteholders Guaranty (each a "RHDI Noteholders Guaranty Claim" and collectively, the "RHDI Noteholders Guaranty Claims"). If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all RHDI Noteholders Guaranty Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.

2. If you hold the Claims through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Claims that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.

3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.

4. In order for your vote to count, you must:
    a) Complete Item 1 if it is not already completed;

    b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

    c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**

    d) Only complete Item 4 if you are the beneficial owner of Claims in other accounts or other record names and only if you have voted Ballots other than this Ballot;

    e) Review the certifications in Item 5;

    f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;

    g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and

    h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.

5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF RHDI NOTEHOLDERS GUARANTY CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Claims maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 4F (RHDI NOTEHOLDERS GUARANTY CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of RHDI Noteholders Guaranty Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

❑  to ACCEPT the Plan          ❑  to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

❑  The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO CLAIMS HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for RHDI Noteholders Guaranty Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for RHDI Noteholders Guaranty Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER CLASSES 1F AND 10E THROUGH 16E BALLOTS**

| Account Number of Notes | Name of Registered Holder or Voting Nominees of Notes | Claims Voted to Accept or Reject the Plan | Principal Amount of RHDI Noteholders Guaranty Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

To be counted, a beneficial owner must vote all of its RHDI Noteholders Guaranty Claims in Classes 1F or 10E through 16E to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of RHDI Noteholders Guaranty Claims in Classes 1F or 10 through 16E, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.        is the holder of the RHDI Noteholders Guaranty Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.        has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.        has not submitted any other Ballots relating to the RHDI Noteholders Guaranty Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.        is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.


Name: _____

     (Print or Type)

Social Security or Federal Tax I.D. No.:_____

     (Optional)


Signature:_____

By:_____

     (If Appropriate)

Title:_____

     (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____


Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG)<br>(Jointly Administered) |
| Debtors. | |

**BALLOT FOR BENEFICIAL HOLDERS OF CLASS 3D CLAIMS**
**(RHDI LENDERS CLAIMS)**
**TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION**

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 3D PREPETITION LENDERS CLAIMS. PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote. In addition, on ▓▓▓▓, 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

balloting process. Please read the Solicitation Procedures Order (on the CD-ROM) and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 3D under the Plan because you have been identified as a holder of a Claim in connection with the RHDI Credit Agreement. If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all RHDI Lenders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1. Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.
2. If you hold the Claims through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Claims that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.
3. You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.
4. In order for your vote to count, you must:

   a) Complete Item 1 if it is not already completed;

   b) Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;

   c) Check the box in Item 3 if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**

   d) Only complete Item 4 if you are the beneficial owner of Claims in other accounts or other record names and only if you have voted Ballots other than this Ballot;

   e) Review the certifications in Item 5;

   f) Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;

   g) If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and

   h) Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.

5. If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF RHDI LENDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Claims maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 3D (RHDI LENDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of RHDI Lenders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

    ❑    to ACCEPT the Plan        ❑    to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

    ❑  The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO CLAIMS HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for RHDI Lenders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for RHDI Lenders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER
CLASS 3D BALLOTS**

| Account Number relating to Claim | Name of Registered Holder or Voting Nominees of Claim | Claims Voted to Accept or Reject the Plan | Principal Amount of RHDI Lenders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

To be counted, a beneficial owner must vote all of its RHDI Lenders Claims in Class 3D to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of RHDI Lenders Claims in Class 3D, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.        is the holder of the RHDI Lenders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.        has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.        has not submitted any other Ballots relating to the RHDI Lenders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.        is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____

        (Print or Type)

Social Security or Federal Tax I.D. No.:_____

        (Optional)

Signature:_____

By:_____

        (If Appropriate)

Title:_____

        (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan.  This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan.  Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED. PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

R.H. DONNELLEY CORPORATION, et al.,[1]

Debtors.

Chapter 11

Case No. 09-11833 (KG)
(Jointly Administered)

## BALLOT FOR BENEFICIAL HOLDERS OF CLASS 4D CLAIMS (DMW LENDERS CLAIMS)
## TO ACCEPT OR REJECT THE DEBTORS' JOINT PLAN OF REORGANIZATION

THIS BALLOT IS TO BE USED BY HOLDERS OF CLASS 4D PREPETITION LENDERS CLAIMS.  PLEASE COMPLETE, SIGN AND DATE THE BALLOT AND RETURN IT IN THE ENCLOSED ENVELOPE TO YOUR BROKER, BANK, COMMERCIAL BANK, TRUST COMPANY, DEALER, OR OTHER AGENT OR NOMINEE (THE "VOTING NOMINEE") TO PERMIT YOUR VOTING NOMINEE TO COMPLETE AND RETURN A MASTER BALLOT TO THE VOTING AGENT BY 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 (THE "VOTING DEADLINE"). DO NOT MAIL BALLOTS DIRECTLY TO THE DEBTORS, THE VOTING AGENT OR THE INDENTURE TRUSTEE.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

Please use this ballot (the "Ballot") to cast your vote to accept or reject the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries (as may be amended, the "Plan").[2] The Plan is Exhibit A to the Disclosure Statement (as may be amended, the "Disclosure Statement"), which is contained on the CD-ROM accompanying this Ballot. Any party may request, at the Debtors' expense, hard copies of the Disclosure Statement, together with the Plan and other exhibits annexed thereto, from the Voting Agent.

You should review the Disclosure Statement and the Plan before you vote.  In addition, on [ ], 2009, the United States Bankruptcy Court for the District of Delaware signed an order (the "Solicitation Procedures Order"), which establishes certain procedures for the solicitation and tabulation of votes to accept or reject the Plan. The Solicitation Procedures Order contains important information regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224).  The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.
[2] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan or the Solicitation Procedures Order, as applicable.

balloting process. Please read the Solicitation Procedures Order (on the CD-ROM) and the instructions sent with this Ballot prior to submitting this Ballot.

Your Claims have been placed in Class 4D under the Plan because you have been identified as a holder of a Claim in connection with the DMW Credit Agreement. If you hold Claims in other classes in which you are entitled to vote, you will receive a Ballot for each such other class.

You may not split your vote on the Plan. You must vote all DMW Lenders Claims of which you are a holder either to accept or reject the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## VOTING INSTRUCTIONS

1.  Please read and follow these instructions carefully. Your Ballot must be sent to your Voting Nominee so that it is received by the Voting Nominee no later than three (3) business days prior to December 17, 2009, or your Ballot will not be counted.
2.  If you hold the Claims through more than one Voting Nominee, you may receive more than one Ballot. You should execute a separate Ballot for each block of Claims that you hold through any Voting Nominee and return the Ballot to the respective Voting Nominee that holds the Notes in street name.
3.  You must vote all of your Claims within a single Class under the Plan in the same manner, either to accept or reject the Plan. Accordingly, if you return more than one Ballot to more than one Voting Nominee voting different Claims within a single class under the Plan and the Ballots are not voted in the same manner, as reflected by the separate Master Ballots, such votes will not be counted.
4.  In order for your vote to count, you must:
    a.  Complete Item 1 if it is not already completed;
    b.  Cast ONE vote to accept or reject the Plan by checking the proper box in Item 2;
    c.  Check the box in Item 3 if you elect <u>not</u> to grant the releases contained in Section 10.2 of the Plan and elect <u>not</u> to consent to the related injunction. Election to withhold consent is at your option. **IF YOU SUBMIT YOUR BALLOT WITHOUT THE BOX IN ITEM 3 CHECKED, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN SECTION 10.2 OF THE PLAN AND THE RELATED INJUNCTION TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW;**
    d.  Only complete Item 4 if you are the beneficial owner of Claims in other accounts or other record names and only if you have voted Ballots other than this Ballot;
    e.  Review the certifications in Item 5;
    f.  Sign the Ballot — Your original signature is required on the Ballot in order for your vote to count;
    g.  If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing, and, if requested, provide proof of your authorization to so sign; and
    h.  Return the completed Ballot to the Voting Nominee and NOT to the Debtors, the Voting Agent or to the Indenture Trustee. Do not return any debt instruments with your Ballot.
5.  If you believe you received the wrong form of Ballot, or if you need additional Ballots, please immediately contact your Voting Nominee or the Voting Agent.

6. To the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, the Voting Agent, in good faith, will attempt to reconcile discrepancies with the Voting Nominees.

7. To the extent that overvotes on a Master Ballot are not reconcilable prior to the preparation of the vote certification, the Voting Agent will apply the votes to accept and to reject the Plan in the same proportion as the votes to accept or reject the Plan submitted on the Master Ballot that contained the overvote, but only to the extent of the Voting Nominee's position in the applicable security.

8. Any Ballot that is illegible or that contains insufficient information to permit the identification of the claimant will not be counted.

9. After the Voting Deadline, no Ballot may be withdrawn or modified without the prior consent of the Debtors.

10. This Ballot does not constitute, and shall not be deemed to be, a proof of claim or an assertion or admission of a Claim.

11. If you hold Claims in more than one class under the Plan, you may receive more than one Ballot for each different class. Each Ballot votes only your Claims indicated on that Ballot. Please complete and return each Ballot you receive.

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT OR THE PROCEDURES GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT AT 888-571-1767.**

**ITEM 1.    AGGREGATE PRINCIPAL AMOUNT OF DMW LENDERS CLAIMS.**

The undersigned certifies that as of October 30, 2009 (the "Record Date"), the undersigned was the beneficial holder of Claims maintained by the Voting Nominee in the aggregate unpaid principal amount of $_____ (for purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest).

**ITEM 2.    CLASS 4D (DMW LENDERS CLAIMS) VOTE.**

The beneficial holder of the aggregate principal amount of DMW Lenders Claims set forth in Item 1 hereby votes with respect to each Claim against each of the Debtors as follows (check one box only):

❏    to ACCEPT the Plan            ❏    to REJECT the Plan

**ITEM 3.    OPTIONAL RELEASE ELECTION.**

Check this box if you elect not to grant the releases contained in Section 10.2 of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases set forth in Section 10.2 of the Plan and the related injunction to the fullest extent permitted by applicable law.

❏    The undersigned elects not to grant the releases contained in Section 10.2 of the Plan and elects not to consent to the related injunction.

**ITEM 4.    CERTIFICATION AS TO CLAIMS HELD IN ADDITIONAL ACCOUNTS.**

By signing this Ballot, the undersigned certifies that either (a) this ballot is the only ballot submitted by the undersigned for DMW Lenders Claims or (b) in addition to this ballot, one or more ballots ("Additional Ballots") for DMW Lenders Claims have been submitted to other Voting Nominees as follows (please use additional sheets of paper if necessary).

**COMPLETE THIS SECTION ONLY IF YOU HAVE VOTED OTHER
CLASS 4D BALLOTS**

| Account Number relating to Claim | Name of Registered Holder or Voting Nominees of Claim | Claims Voted to Accept or Reject the Plan | Principal Amount of DMW Lenders Claims Voted in Additional Ballot(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

To be counted, a beneficial owner must vote all of its DMW Lenders Claims in Class 4D to either accept or reject the Plan. No split votes will be permitted. Accordingly, if a beneficial owner casts conflicting votes on this Ballot and other Ballots in respect of DMW Lenders Claims in Class 4D, those votes will not be counted.

**ITEM 5.    CERTIFICATION.**

By returning this Ballot, the voter certifies and/or acknowledges that it:

a.    is the holder of the DMW Lenders Claims to which this Ballot pertains or is an authorized signatory and has full power and authority to vote to accept or reject the Plan;

b.    has been provided with a copy of the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice and that it acknowledges that the vote set forth on this Ballot is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, Solicitation Procedures Order and Confirmation Hearing Notice;

c.    has not submitted any other Ballots relating to the DMW Lenders Claims that are inconsistent with the votes as set forth in this Ballot or that, as limited by the terms of the Solicitation Procedures Order and the instructions attached hereto, if such other Ballots were previously submitted, they either have been or are hereby revoked or changed to reflect the vote set forth herein; and

d.    is deemed to have consented to the submission of a Master Ballot to the Debtors' agent, the Voting Agent.

Name: _____

      (Print or Type)

Social Security or Federal Tax I.D. No.:_____

      (Optional)

Signature:_____

By:_____

      (If Appropriate)

Title:_____

      (If Appropriate)

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Date Completed:_____

No fees, commissions, or other remuneration will be payable to any broker, dealer, or other person for soliciting votes on the Plan. This Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Moreover, this Ballot shall not constitute an assertion of a claim or equity interest.

THE VOTING DEADLINE IS 4:00 P.M. EASTERN TIME ON DECEMBER 17, 2009 UNLESS SUCH TIME IS EXTENDED.  PLEASE RETURN YOUR BALLOT TO THE VOTING NOMINEE SO THAT IT IS RECEIVED BY THE VOTING NOMINEE NO LATER THAN THREE (3) BUSINESS DAYS BEFORE THE VOTING DEADLINE TO ALLOW SUFFICIENT TIME FOR YOUR VOTING NOMINEE TO PROCESS YOUR BALLOT AND SUBMIT A MASTER BALLOT TO THE VOTING AGENT BY THE VOTING DEADLINE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OR THE
VOTING PROCEDURES, OR IF YOU NEED AN ADDITIONAL BALLOT OR ADDITIONAL
COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS,
PLEASE CALL THE VOTING AGENT AT 888-571-1767.