UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| R.H. DONNELLEY CORPORATION, et al.,[1] | Case No. 09-11833 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 922 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION FOR R.H. DONNELLEY CORPORATION AND ITS SUBSIDIARIES

Upon consideration of the *Motion for Leave to File Memorandum of Law In Support of Confirmation of the Joint Plan of Reorganization for R.H. Donnelley Corporation and Its Subsidiaries* (the "Motion")[2], the Court having reviewed the Motion, and the Court finding that (i) notice of the Motion was sufficient under the circumstances; and (ii) the Debtors have demonstrated sufficient justification for approval of the Motion; and after due deliberation, the Court having determined that good and sufficient cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: R.H. Donnelley Corporation (0040), R.H. Donnelley Inc. (7635), DonTech Holdings, LLC (1351), R.H. Donnelley Publishing & Advertising of Illinois Holdings, LLC (1433), DonTech II Partnership (0375), R.H. Donnelley Publishing & Advertising of Illinois Partnership (9571), R.H. Donnelley Publishing & Advertising, Inc. (8228), Get Digital Smart.com, Inc. (4530), R.H. Donnelley APIL, Inc. (6495), RHD Service LLC (0222), Dex Media, Inc. (9762), Dex Media East, Inc. (5763), Dex Media East LLC (4575), Dex Media East Finance Co. (5761), Dex Media West, Inc. (7004), Dex Media West LLC (3487), Dex Media West Finance Co. (7059), Dex Media Service LLC (9647), Business.com, Inc. (9750), and Work.com, Inc. (5224). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1001 Winstead Drive, Cary, NC 27513.

[2] All capitalized terms used, but not otherwise, defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Debtors are authorized to file the Memorandum in excess of the forty page limitation prescribed by Local Rule 7007-2(a)(iv) and the General Chambers Procedures.

Dated: Wilmington, Delaware
January 11, 2010

/s/ Kevin Gross
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE